# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: RAYFORD D. NEWBLE          §     Case No. 12-84552
                                  §
                                  §
          Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 12/05/2012.

2) The plan was confirmed on 08/23/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 05/01/2015, 05/05/2015.

5) The case was converted on 05/27/2015.

6) Number of months from filing or conversion to last payment: 26.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 10,200.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 10,175.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 609.09 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,109.09 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Sec | 11,000.00 | 12,823.30 | 11,000.00 | 4,798.48 | 1,267.43 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 0.00 | 1,823.30 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 140.00 | 158.06 | 158.06 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Pri | 226.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,173.00 | 8,933.38 | 8,933.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 806.54 | 806.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,697.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,098.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,642.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 905.41 | NA | NA | 0.00 | 0.00 |
| ANDERSON FINANCIAL NETWORK | Uns | 258.74 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORPORATION | Uns | 223.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Uns | 1,482.41 | NA | NA | 0.00 | 0.00 |
| CARLYLE AUTO SALES | Uns | 6,096.00 | 6,577.39 | 0.00 | 0.00 | 0.00 |
| CASH LENDERS | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES | Uns | 216.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECK IT | Uns | 45.00 | 178.40 | 178.40 | 0.00 | 0.00 |
| CITI FINANCIAL | Uns | 983.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION COMPANY OF | Uns | 602.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 1,082.54 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 7,694.96 | 2,683.48 | 2,683.48 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 757.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 2,634.85 | 2,634.85 | 2,634.85 | 0.00 | 0.00 |
| FIRST AVENUE AUTO | Uns | 7,574.98 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Uns | 338.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES | Uns | 685.00 | NA | NA | 0.00 | 0.00 |
| HYDROXATONE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| KROGER | Uns | 25.45 | NA | NA | 0.00 | 0.00 |
| MARION COUNTY ATTORNEY | Uns | 282.19 | NA | NA | 0.00 | 0.00 |
| MONCO LAW OFFICES | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| MONEY CONTROL INC | Uns | 1,443.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 10,546.00 | 13,463.44 | 13,463.44 | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 419.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 619.01 | 348.15 | 348.15 | 0.00 | 0.00 |
| PARK DANSON | Uns | 1,061.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 602.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,673.66 | 1,673.66 | 1,673.66 | 0.00 | 0.00 |
| ROCKFORD SPINE CENTER LTD | Uns | 157.06 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 782.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MD DEPT OF LABOR LICENSING & | Uns | 5,040.95 | 8,436.00 | 8,436.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 1,110.42 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Uns | 52.20 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 895.00 | 895.00 | 895.00 | 0.00 | 0.00 |
| WINNEBAGO COUNTY STATES | Uns | 244.69 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 1,139.49 | 1,139.42 | 1,139.42 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 730.00 | 730.00 | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE I | Uns | 0.00 | 3,404.18 | 3,404.18 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 581.57 | 581.57 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CARLYLE AUTO SALES | Uns | 0.00 | 2,904.00 | 2,904.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 5,429.09 | 5,429.09 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,000.00 | $ 4,798.48 | $ 1,267.43 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,000.00 | $ 4,798.48 | $ 1,267.43 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 8,933.38 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 8,933.38 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 47,939.14 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,109.09 |
| Disbursements to Creditors | $ 6,065.91 |
| **TOTAL DISBURSEMENTS:** | $ 10,175.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 06/05/2015          By: /s/ Lydia S. Meyer
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.